It is ORDERED that the petition for certification is denied.

164 A.3d 410

ADIB KASSIS AND GLORIA KASSIS, PLAINTIFFS–PETITIONERS, v. BLUE OCEAN HOLDINGS, L.L.C., D/B/A FIDELIS CONSTRUCTION, FIDELIS CONSTRUCTION AND DEVELOPMENT, AND EDWARD HOKAYEM, DEFENDANTS–RESPONDENTS.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005200–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

164 A.3d 410

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MATTHEW BUMPERS (A/K/A MATHEW BUMPERS AND CHRISTOPHER JOHNSON), DEFENDANT–PETITIONER.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000394–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.